**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID CASE and ASSOCIATED INVESTIGATORS, INC.,**

       **Plaintiffs,**

-vs-                                                     Case No. 6:06-cv-832-Orl-31JGG

**DONALD ESLINGER, CITY OF SANFORD, and FRANK DAVIS,**

       **Defendants.**

_____

## ORDER

Defendants, City of Sanford and Frank Davis, have moved to dismiss Counts II, III, V and VI of Plaintiffs' Second Amended Complaint (Doc. 28). Plaintiffs filed a response in opposition thereto (Doc. 31).

The Counts at issue assert 1983 claims against Sanford and Davis, a city police officer. The claims are for false arrest and illegal seizure.

Given the liberal pleading requirements of Fed. R. Civ. P. 8(a), Plaintiffs have sufficiently alleged Monell liability against the City (policy and procedures) as well as a viable claim against Davis for unreasonable search and seizure. Since Plaintiffs' state action involves only state law claims, there is no improper splitting of a cause of action here. Accordingly, it is

**ORDERED** that Defendants' Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE